AFFIDAVIT OF SPECIAL PROCESS SERVER
Attorney File:


*40140*

## UNITED STATES DISTRICT COURT- NORTHERN DISTRICT OF ILLINOIS

U.S. BANK NATIONAL ASSOCIATION D/B/A U.S. BANK EQUIPMENT FINANCE

VS.

BG VOICE, INC. & NICK ANGELOV A/K/A NIKOLAY KRASTEV

COURT NO.: 1:22 CV 004393

**DOCUMENTS: SUMMONS IN A CIVIL CASE & COMPLAINT**

I, **EDWARD D. SONNE, JR.**, being first duly sworn on oath, deposes and states that service of the above documents was made in the following manner, that I am over the age of 18 and not a party to this action.

**DEFENDANT / ENTITY SERVED:** NICK ANGELOV A/K/A NIKOLAY KRASTEV

**ADDRESS OF SERVICE:** 21180 N. HIGHWOOD RD., KILDEER, IL 60047.

**Personal Service:** By leaving the documents with the defendant, **NICK ANGELOV A/K/A NIKOLAY KRASTEV**, personally on **09/07/2022** @ **7:19 PM**.

The approximate physical description of the person whom the documents were served upon are as follows:

Sex: **Male** Race: **White** Age: **44** Hair: **Black** Height: **5'8"** Weight: **180**

**COMMENTS:**

Subscribed and sworn to before me
this **September 09, 2022**

_Dawn Sonne_
Notary Public

EDWARD D. SONNE, JR.
Edward D. Sonne, Jr. & Associates, Inc.
6221 James Street
Tinley Park, IL 60477
Agency Lic. No.: 117-001047

OFFICIAL SEAL
DAWN M SONNE
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 6/28/24